Fill in this information to identify the case:

Debtor name: **Advanced Contracting Solutions, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Carpenters Fund and Other Union Benefit Funds** 395 Hudson Street New York, NY 10014 | **Kennedy, Jennik & Murray, P.C.** tkennedy@kjmlabor.com (212) 358-1500 | **Judgment received** | **Disputed** | | | $73,393,081.15 |
| **CFS Steel Co. (W510341)** 695 East 132nd Street 3rd Floor Bronx, NY 10454 | **Anthony Edward** info@resteel.com (718) 585-0500 | | | | | $1,214,437.31 |
| **USC Kings LLC** 120-05 31st Avenue Flushing, NY 11354 | **Lynn Carroll** (718)842-5593 | | | | | $877,297.49 |
| **US Crane & Rigging, LLC** 99 St. Nicholas Avenue Brooklyn, NY 11237 | **Erica Leotta** info@uscrnyc.com (718) 456-6500 | | | | | $685,800.00 |
| **Aluma Systems Conc. Constr. LLC** 22-08 Route 208 Fair Lawn, NJ 07410 | **Angela Amato** ATHOMPSON@ALUMA.COM (847)875-4526 | | | | | $584,677.57 |
| **Feldman Lumber** 1281 Metropolitan Avenue Brooklyn, NY 11212 | **Tom Golebiewski** sales@feldmanlumber.com (718)786-7777 | | | | | $454,161.50 |
| **Earth Efficient LLC** 30 West Main Street Suite 217 Riverhead, NY 11901 | **Cory Weissglass** info@earthefficient.com (631)209-4245 | | | | | $403,748.32 |

Debtor **Advanced Contracting Solutions, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| White Cap<br>3671 Old Winter Garden Road<br>Orlando, FL 32805 | Austin Round<br><br>wcbilltrust@hdsupply.com<br>201-272-3037 | | | | | $372,100.01 |
| Casa Redimix Concrete Corp.<br>886 Edgewater Road<br>Bronx, NY 10474 | Julissa Jimenez<br><br>info@casaredimix.com<br>(718)589-1555 | | | | | $351,948.12 |
| USC NYCON LLC<br>120-05 31st Avenue<br>Flushing, NY 11354 | Lynn Carroll<br><br>acaruso@us-concrete.com<br>(718)482-4915 | | | | | $350,526.55 |
| GC Warehouse LLC<br>515 S. 4th Avenue<br>Mount Vernon, NY 10550 | Edel Cannon<br><br>admin@gcwarehouse.com<br>(914)920-3232 | | | | | $337,066.01 |
| AH Harris & Sons, Inc.<br>433 S. Main Street, Suite 202<br>West Hartford, CT 06110 | Cathy Sampson<br><br>info@ahharris.com<br>718-254-8000 | | | | | $314,150.80 |
| Ulma Form Works, Inc.<br>16-00 Rout 208 South<br>Suite LL1<br>Fair Lawn, NJ 07410 | Mary Rambla<br><br>201-882-1122 | | | | | $294,906.37 |
| Construction Risk Partners<br>1250 Route 28<br>Suite 201<br>Branchburg, NJ 08876 | Fred Nichelson<br><br>fnicholson@constructionriskpartners.com<br>(908) 566-1010 | | | | | $291,698.00 |
| Barker Steel LLC<br>Attn: Dept 10<br>55 Sumner Street<br>Milford, MA 01757 | Pamela Lavendier<br><br>(508) 377-1108 | | | | | $291,451.43 |
| Bond, Schoeneck & King, PLLC<br>600 Third Avenue<br>22nd Floor<br>New York, NY 10016 | Michael Collins<br><br>mcollins@bsk.com<br>(646)253-2300 | | | | | $282,972.00 |
| Stillwell Supply Corp.<br>44-68 Vernon Blvd.<br>Long Island City, NY 11101 | Brad Levy<br><br>Info@Stillwell.net<br>718-784-2500 | | | | | $255,849.29 |

Debtor **Advanced Contracting Solutions, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Global Drilling Suppliers, Inc.<br>12101 Centron Place<br>Cincinnati, OH 45246 | Jacki Rupert<br><br>513-671-8700 | | | | | $248,219.14 |
| Byram Concrete & Supply<br>20 Haarlem Avenue<br>White Plains, NY 10603 | Donna Marquez<br><br>byramsales@byramconcrete.com<br>914-682-4477 | | | | | $212,917.50 |
| Doka USA, Ltd.<br>208 Gates Road<br>Little Ferry, NJ 07643 | Susan Pedhoretzky<br><br>usa@doka.com<br>(201)641-6500 | | | | | $209,586.77 |