**Exhibit B**
**Five Largest Secured Creditors**

|    | **Creditor Name** | **Lien Description** | **Value of Collateral Securing Claim** | **Amount of Claim** | **Disputed?** |
|----|---|---|---|---|---|
| **1.** | Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017 | Lien on all personal property | $0.00 | $1,850,000.00 | N |
| **2.** | Wells Fargo Bank, N.A.<br>300 Tri-State International,<br>Suite 400<br>Lincolnshire, IL 60069 | Lien on 2017 KB-28Z KCP Concrete Pump Place 28M S/N: KB-24Z-014 | Unknown | $218,077.46 | N |
| **3.** | Wells Fargo Bank, N.A.<br>300 Tri-State International,<br>Suite 400<br>Lincolnshire, IL 60069 | Lien on New Manitou MRT2150P+S2 Rough Terrain Forklift S/N 769820 | Unknown | $161,872.73 | N |
| **4.** | Wells Fargo Vendor Financial Services LLC<br>PO Box 35701<br>Billings, MT 59107 | Lien on Excavator Hydraulic, Serial# 001308, Model #DX235LCR5 | Unknown | $79,164.83 | N |