**Exhibit C**
**Pending Litigations**

|     | **Case Name and Number** | **Nature of Case** | **Status** |
| --- | --- | --- | --- |
| **1.** | Terrence Morre et al., v. Navillus Tile, Inc., et al. Index No. 14 Civ. 8326 | Breach of Contract | Judgment Received – On Appeal |
| **2.** | Thomas Gesualdi, et al. v. Navillus Tile, Inc., et al. Index No. 15 Civ. 8441 | Breach of Contract | Judgment Received – On Appeal |
| **3.** | Michael Meed v. Romanoff Equities INC Index No. 500980/2016 | GL Claim ACS 3rd Party Defendant | Pending |
| **4.** | Gabriel Quizhti v. Rector Hylan Corporation Index No. 451763/17 | GL Claim ACS 3rd Party Defendant | Pending |
| **5.** | Trojan Syziu v. 421 Kent Developmen LLC Index No. 22802/2015E | GL Claim ACS 3rd Party Defendant | Pending |
| **6.** | Edwin Opsina Claim No. 69270825-370 | WC Claim | Pending |
| **7.** | Samuel Maldonado Claim No. 69040046-142 | WC Claim | Pending |
| **8.** | Carlos Pacheco Claim No. 69203271-370 | WC Claim | Pending |
| **9.** | Mohammed Shaw Claim No. 69203271-370 | WC Claim | Pending |
| **10.** | Daniel Reyes Claim No. 68909324-370 | WC Claim | Pending |
| **11.** | Victor Gongora Claim No. 68909324-370 | WC Claim | Pending |
| **12.** | Leeford K. Wilson Claim No. 68655851-172 | WC Claim | Pending |
| **13.** | Elias Pasantez Claim No. 68590728-370 | WC Claim | Pending |
| **14.** | Juan Jara Claim No. 68419589-370 | WC Claim | Pending |
| **15.** | Alberto Carreto Claim No. 68410265-370 | WC Claim | Pending |
| **16.** | Carlos Pillcorema Claim No. 68624261-165 | WC Claim | Pending |
| **17.** | Herminio Velez Claim No. 68350396-370 | WC Claim | Pending |
| **18.** | Idelfonso Guasco Claim No. 68467844-370 | WC Claim | Pending |
| **19.** | Damian Bedward | WC Claim | Pending |

|     |                                             |            |         |
| --- | ------------------------------------------- | ---------- | ------- |
|     | Claim No. 68320365-114                      |            |         |
| 20. | Jose Clas<br>Claim No. 68301274-370         | WC Claim   | Pending |
| 21. | Gabriel Quizhpi<br>Claim No. 67834986-373   | WC Claim   | Pending |
| 22. | Michael Flores<br>Claim No. 67739698-373    | WC Claim   | Pending |
| 23. | Trojan Syziu<br>Claim No. 67589226-373      | WC Claim   | Pending |
| 24. | Waldemar Biaca-Neto<br>Claim No. 67563973-373 | WC Claim | Pending |
| 25. | Diogo Fernandez<br>Claim No. 67640383-373   | WC Claim   | Pending |
| 26. | Delbert Hall<br>Claim No. C877C1017698      | WRAP Claim | Pending |
| 27. | Wilmer Marquez<br>Claim No. 555214948-001   | WRAP Claim | Pending |
| 28. | Fernando Souza<br>Claim No. C498C3573867    | WRAP Claim | Pending |
| 29. | Roy Green<br>Claim No. 555217564-001        | WRAP Claim | Pending |
| 30. | Cesar Apupalo<br>Claim No. C877C3701093     | WRAP Claim | Pending |
| 31. | Juan Olivo Medrano<br>Claim No. C375C7645484 | WRAP Claim | Pending |
| 32. | Meteus Brito<br>Claim No. 2B018775618668B   | WRAP Claim | Pending |
| 33. | Phalber Morales<br>Claim No. 3B842543386086A | WRAP Claim | Pending |
| 34. | Eduardo Ortiz<br>Claim No. 2440283055       | WRAP Claim | Pending |
| 35. | Prince Barber<br>Claim No. 2440283981       | WRAP Claim | Pending |
| 36. | Angel Tipan<br>Claim No. 2B018775358793B    | WRAP Claim | Pending |
| 37. | Erick Da Cunha Marques<br>Claim No. 2B018775050628B | WRAP Claim | Pending |
| 38. | Diego Alvarez<br>Claim No. 2440280635       | WRAP Claim | Pending |
| 39. | Guzman Braulio<br>Claim No. C494C434158X    | WRAP Claim | Pending |
| 40. | Jose Valdo Da Silva<br>Claim No. 2440281145 | WRAP Claim | Pending |
| 41. | Segundo Alvarez<br>Claim No. C375C7649653   | WRAP Claim | Pending |
| 42. | Elias Pesantez                              | WRAP Claim | Pending |

|     | | | |
|-----|---|---|---|
|     | Claim No. 3B84495231439XA | | |
| 43. | Balbino Gonzalez<br>Claim No. 2440282561 | WRAP Claim | Pending |
| 44. | Anibal Garcia<br>Claim No. 2440279470 | WRAP Claim | Pending |
| 45. | Pedro Lopez<br>Claim No. 2440278692 | WRAP Claim | Pending |
| 46. | Laudevanio De Andrade<br>Claim No. C4944376702 | WRAP Claim | Pending |
| 47. | Danny Arrieta<br>Claim No. 2240320139 | WRAP Claim | Pending |
| 48. | Arturo Giron<br>Claim No. C494C4381971 | WRAP Claim | Pending |
| 49. | Wilbert Farquason<br>Claim No. C877C1130052 | WRAP Claim | Pending |
| 50. | Frederico Mendonca<br>Claim No. 2B01877540759XB | WRAP Claim | Pending |