**ACS-NY, LLC**
**8 Week Cash Flow Forecast**

| | Actual 1 | Forecasted 2 | Forecasted 3 | Forecasted 4 | Forecasted 5 | Forecasted 6 | Forecasted 7 | Forecasted 8 | |
|---|---|---|---|---|---|---|---|---|---|
| *Week Ended Friday:* | 11/3/2017 | 11/10/2017 | 11/17/2017 | 11/24/2017 | 12/1/2017 | 12/8/2017 | 12/15/2017 | 12/22/2017 | 8 Week Total |
| **Collections** | $ 2,000 | $ 3,960,236 | $ 3,870,604 | $ 2,574,806 | $ 320,400 | $ 3,088,814 | $ 4,210,412 | $ 593,250 | $ 18,620,522 |
| **Operating Expenses:** | | | | | | | | | |
| Office Rent | - | 32,711 | - | - | - | 32,711 | - | - | 65,422 |
| Insurance - GL | - | - | - | - | - | 655,307 | - | - | 655,307 |
| Insurance - Auto | - | 12,457 | - | - | - | 12,457 | - | - | 24,915 |
| Insurance - WC | - | 19,534 | - | - | - | 171,500 | - | - | 191,034 |
| Officer Compensation | - | - | - | 25,000 | - | - | - | - | 25,000 |
| Net Payroll | 385,043 | 450,000 | 450,000 | 290,000 | 450,000 | 450,000 | 450,000 | 340,000 | 3,265,043 |
| Payroll Taxes & Related Benefits | 351,616 | 258,327 | 220,547 | 140,547 | 220,547 | 257,780 | 220,547 | 165,547 | 1,835,457 |
| Reimbursed Employee Expenses | - | - | - | - | - | - | 10,000 | - | 10,000 |
| Wells Fargo Note Pymts | - | 16,835 | - | - | - | 16,835 | - | - | 33,670 |
| Auto Lease Pymts (Automatic ACH) | 575 | - | - | 1,872 | 1,500 | - | - | 3,372 | 7,319 |
| Utilities | - | 6,000 | - | - | - | - | 6,000 | - | 12,000 |
| Job Cost Payables / General G&A Payables | 188,657 | 2,709,286 | 1,000,000 | 900,000 | 900,000 | 700,000 | 1,250,000 | 700,000 | 8,347,942 |
| Contingent / Other | - | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 350,000 |
| | 925,891 | 3,555,150 | 1,720,547 | 1,407,419 | 1,622,047 | 2,346,590 | 1,986,547 | 1,258,919 | 14,823,110 |
| **Cash Flow from Operations** | (923,891) | 405,086 | 2,150,057 | 1,167,387 | (1,301,647) | 742,224 | 2,223,865 | (665,669) | 3,797,412 |
| **Restructuring Expenses:** | | | | | | | | | |
| Professional Fees | 39,970 | 69,250 | 79,250 | 79,250 | 79,250 | 79,250 | 79,250 | 79,250 | 584,720 |
| UST Fees | - | - | - | - | - | - | - | - | - |
| LOC - Adequate Protection and Interest | 60,682 | 50,000 | 50,000 | 50,000 | 59,000 | 50,000 | 50,000 | 50,000 | 419,682 |
| Utilities Security Deposit | - | 12,000 | - | - | - | - | - | - | 12,000 |
| | 100,652 | 131,250 | 129,250 | 129,250 | 138,250 | 129,250 | 129,250 | 129,250 | 1,016,402 |
| **Net Cash Flow** | (1,024,543) | 273,836 | 2,020,807 | 1,038,137 | (1,439,897) | 612,974 | 2,094,615 | (794,919) | 2,781,010 |
| **Cash, Beginning of Period** | 1,149,384 | 124,841 | 398,677 | 2,419,484 | 3,457,621 | 2,017,724 | 2,630,698 | 4,725,313 | 1,149,384 |
| **Cash End of Period** | $ 124,841 | $ 398,677 | $ 2,419,484 | $ 3,457,621 | $ 2,017,724 | $ 2,630,698 | $ 4,725,313 | $ 3,930,394 | $ 3,930,394 |

**ACS-NY, LLC**
**8 Week Cash Flow Forecast**
**Detail of Cash Receipts**

|  | Actual 1 | Forecasted 2 | Forecasted 3 | Forecasted 4 | Forecasted 5 | Forecasted 6 | Forecasted 7 | Forecasted 8 |  |
|---|---|---|---|---|---|---|---|---|---|
| *Week End:* | **11/3/2017** | **11/10/2017** | **11/17/2017** | **11/24/2017** | **12/1/2017** | **12/8/2017** | **12/15/2017** | **12/22/2017** | **8 Week Total** |
| 1230-00 555 W. 21st Street | - | 125,003 | - | - | - | - | - | - | 125,003 |
| 1370-00 210 Livingston Street | - | - | 537,773 | - | - | - | 433,806 | - | 971,579 |
| 1400-00 Queens Plaza Tower B2 | - | 862,275 | - | - | - | 603,814 | - | - | 1,466,089 |
| 1450-00 101 Penn - Super | 2,000 | - | - | 10,000 | - | - | - | - | 12,000 |
| 1460-00 26 Ann Street | - | 185,447 | - | - | - | - | - | - | 185,447 |
| 1490-00 91 Leonard Street - Super | - | - | - | - | 50,400 | - | - | 96,250 | 146,650 |
| 1500-00 100 Varick Street | - | 2,787,511 | - | - | - | 2,485,000 | - | - | 5,272,511 |
| 1520-00 1059 3rd Ave - Foundation | - | - | - | 22,398 | - | - | - | - | 22,398 |
| 1530-00 1059 3rd Ave - Super | - | - | - | 1,125,400 | - | - | - | - | 1,125,400 |
| 1540-00 200 E. 21st Street | - | - | 575,505 | - | - | - | 517,861 | - | 1,093,366 |
| 1550-00 40 East End Avenue | - | - | 1,317,330 | - | - | - | 1,219,245 | - | 2,536,575 |
| 1560-00 1 Clinton Street - F | - | - | 1,340,496 | - | - | - | 1,962,000 | - | 3,302,496 |
| 1590-00 Hudson Park P3 | - | - | - | 1,089,882 | - | - | - | 270,000 | 1,359,882 |
| 1600-00 The Brearley School | - | - | - | 327,127 | - | - | - | 227,000 | 554,127 |
| 1610-00 Queens Plaza Tower B1 (Wall) | - | - | - | - | - | - | 77,500 | - | 77,500 |
| 1620-00 Trinity | - | - | - | - | 270,000 | - | - | - | 270,000 |
| 1640-00 11 Hoyt Street Tiebacks | - | - | 99,500 | - | - | - | - | - | 99,500 |
|  | 2,000 | 3,960,236 | 3,870,604 | 2,574,806 | 320,400 | 3,088,814 | 4,210,412 | 593,250 | 18,620,522 |

**ACS-NY, LLC**
**8 Week Cash Flow Forecast**
**Detail of Payroll Taxes & Related Benefits**

|  | Actual | Forecasted | Forecasted | Forecasted | Forecasted | Forecasted | Forecasted | Forecasted | |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| *Week End:* | 11/3/2017 | 11/10/2017 | 11/17/2017 | 11/24/2017 | 12/1/2017 | 12/8/2017 | 12/15/2017 | 12/22/2017 | 8 Week Total |
| PR Tax - Federal & State | 351,616 | 220,000 | 220,000 | 140,000 | 220,000 | 220,000 | 220,000 | 165,000 | 1,756,616 |
| Health Ins | - | 34,805 | - | - | - | 34,805 | - | - | 69,610 |
| Dental | - | 2,428 | - | - | - | 2,428 | - | - | 4,855 |
| Garnishments Payable | - | 1,094 | 547 | 547 | 547 | 547 | 547 | 547 | 4,376 |
| | 351,616 | 258,327 | 220,547 | 140,547 | 220,547 | 257,780 | 220,547 | 165,547 | 1,835,457 |

**ACS-NY, LLC**
**8 Week Cash Flow Forecast**
**Detail of Professional Fees**

|  | Actual 1 | Forecasted 2 | Forecasted 3 | Forecasted 4 | Forecasted 5 | Forecasted 6 | Forecasted 7 | Forecasted 8 |  |
|---|---|---|---|---|---|---|---|---|---|
| *Week End:* | **11/3/2017** | **11/10/2017** | **11/17/2017** | **11/24/2017** | **12/1/2017** | **12/8/2017** | **12/15/2017** | **12/22/2017** | **8 Week Total** |
| Klestadt & Winters | 39,970 | 31,250 | 31,250 | 31,250 | 31,250 | 31,250 | 31,250 | 31,250 | 258,720 |
| CBIZ | - | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 196,000 |
| Westerman Ball | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 70,000 |
| UCC | - | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 |
|  | 39,970 | 69,250 | 79,250 | 79,250 | 79,250 | 79,250 | 79,250 | 79,250 | 584,720 |