**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                                         :

                                                              :        Chapter 11

ADVANCED CONTRACTING SOLUTIONS, LLC, :

                                                              :        Case No. 17-13147 (SHL)

                        Debtor.                               :

------------------------------------------------------------------x

**ORDER SCHEDULING EMERGENCY HEARING ON SHORTENED NOTICE TO
CONSIDER DEBTOR'S (A) EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 361,
362 AND 363 AND RULES 4001(b), 4001(d) AND 9014 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTOR'S USE OF  CASH
COLLATERAL, (II) PROVIDING ADEQUATE PROTECTION THEREOF AND (III)
SCHEDULING A FINAL HEARING AND (B) DEBTOR'S MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS: (I) AUTHORIZING PAYMENT OF PRE-PETITION
WAGES, EMPLOYEE BENEFITS AND EXPENSE REIMBURSEMENT, (II)
AUTHORIZING AND DIRECTING BANKS TO HONOR CHECKS WITH RESPECT
THERETO, AND (III) APPROVING PAYMENT OF POST-PETITION WAGES,
<u>EMPLOYEE BENEFITS AND EXPENSE REIMBURSEMENT</u>**

Upon the following motions filed on November 1, 2017, by Advanced Contracting

Solutions, LLC (the "<u>Debtor</u>"):

1. *Emergency Motion Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Rules 4001(b),
   4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure (i) Authorizing Debtor's
   Use of Cash Collateral, (ii) Providing Adequate Protection Thereof and (iii) Scheduling
   a Final Hearing [Docket Entry No.: 3]; and*

2. *Debtor's Motion for Entry of Interim and Final Orders: (i) Authorizing Payment of Pre-
   Petition Wages, Employee Benefits And Expense Reimbursement, (ii) Authorizing and
   Directing Banks to Honor Checks With Respect Thereto, and (iii) Approving Payment of
   Post-Petition Wages, Employee Benefits and Expense Reimbursement [Docket Entry No.:
   4].*

(collectively, the "<u>First Day Motions</u>") and upon the *Declaration of Jeffrey T. Varsalone*

*Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and First Day*

*Motions (the "<u>Varsalone Declaration</u>")* [Docket No. 2]; and after due deliberation and sufficient

cause appearing to shorten notice of the hearing on the First Day Motions required under the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 on November 8, 2017, at 2:00 p.m. (EST), or as soon thereafter as counsel can be heard (the "Hearing") to consider the First Day Motions; and it is further

**ORDERED**, that ~~within~~ *as soon as possible and in no event later than* one (1) business day of entry of this Order, copies of this Order, the Varsalone Declaration, and the First Day Motions, shall be served by electronic mail or overnight mail service upon:

- counsel to Signature Bank, N.A., Attn: John E. Westerman, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556;

- the Office of the United States Trustee for the Southern District of New York, Attn: Richard Morrissey, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014; and

- each of the Debtor's twenty (20) largest unsecured creditors; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the First Day Motions, may be raised at the Hearing; and it is further

**ORDERED**, that in accordance with Bankruptcy Rules 9006, and Local Rule 9077-1(a), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

Dated:    New York, New York
          November 6, 2017

                                    */s/ Sean H. Lane*
                                    HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE