KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, NY 10003
Tel. (212) 358-1500
Fax (212) 358-0207
*Attorneys for Plaintiff Benefit Fund Trustees in Moore v. Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Advanced Contracting Solutions LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-13147 |
|---|---|

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of creditors Joseph Geiger, Stephen McInnis, Michael Cavanaugh, Paul Capurso, John Sheehy, Paul Tyzner, David Meberg, Kevin O'Callaghan, John DeLollis, and Catherine Condon as Trustees of the New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Apprenticeship Journeyman Retraining, Educational and Industry Fund, and the New York City District Council of Carpenters Annuity Fund (collectively, "Carpenters Funds"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules, demands that all notice given or required to be given, and all papers served or required to be served in the above-captioned case, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements and all other matters arising in these cases or in any related adversary proceeding, be duly served upon:

> KENNEDY, JENNIK & MURRAY, P.C.
> Attn: Susan M. Jennik, Esq.
> 113 University Place, 7th Floor
> New York, NY 10003
> Tel. (212) 358-1500
> Fax (212) 358-0207
> E-mail: sjennik@kjmlabor.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, or transmitted or conveyed

by mail, telephone, telegraph, Internet or otherwise, which affect the debtor in the above-captioned case or its property.

Dated: New York, New York
      November 8, 2017

**KENNEDY, JENNIK & MURRAY, P.C.**
Counsel for Creditors Carpenters Funds

By: _____
Susan M. Jennik
113 University Place, 7th Floor
New York, NY 10003
Tel. (212) 358-1500
Fax (212) 358-0207