# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                                                  :         Chapter 11

ADVANCED CONTRACTING SOLUTIONS LLC,
                                                                                         :         Case No. 17-13147 (SHL)
                            Debtor.
------------------------------------------------------------------ x

**ORDER EXPEDITING CONSIDERATION OF, AND SHORTENING NOTICE PERIODS APPLICABLE TO THE EMERGENCY MOTION FOR (A) CONFIRMATION OF THE INAPPLICABILITY OF THE AUTOMATIC STAY OR, (B) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)**

Upon the *ex parte* motion (the "Motion")[1] of Gilbane Residential Construction, LLC ("Gilbane") for entry of an order (this "Order") expediting consideration of, and shortening the notice periods applicable to, the *Emergency Motion for (A) Confirmation of the Inapplicability of the Automatic Stay or, (B) In the Alternative, Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d))* [Docket No. 63] (the "Gilbane Motion"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED, as provided herein.

---

[1]  Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

2. Pursuant to Bankruptcy Rule 9006(c) and Local Rules 9006-1(b), the hearing to consider the Gilbane Motion (the "<u>Hearing</u>") shall be held on November 28, 2017 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable Sean H. Lane, One Bowling Green, New York, NY 10004, Courtroom 701.

3. Any objections (the "<u>Objections</u>") to entry of the relief sought in the Gilbane Motion shall be due on November 28, 2017 at 9:00 a.m. (Prevailing Eastern Time) with any replies thereto to be filed prior to the Hearing.

4. Objections not timely filed and served in the manner set forth above shall not be considered and shall be overruled.

5. Gilbane shall mail notice of the Hearing and the corresponding objection deadline by overnight and electronic mail (where available) to all entities required under the Bankruptcy Rules within one (1) business day after entry of this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The requirements set forth in Local Rule 9013-1(b) are satisfied.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2017

                                          The Honorable Sean H. Lane
                                          United States Bankruptcy Judge