**Hearing Date: December 12, 2017 at 2:00 p.m.**
**Objection Deadline: December 8, 2017 at 4:00 p.m.**

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Fred Stevens
Brendan M. Scott

*Proposed Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11
ADVANCED CONTRACTING SOLUTIONS, LLC,                            :
                                                                :    Case No. 17-13147 (SHL)
                            Debtor.                             :
----------------------------------------------------------------x

## NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that in connection with the chapter 11 case of Advanced Contracting Solutions, LLC, the above captioned debtor (the "Debtor"), a final hearing (the "Final Hearing") to consider certain of the Debtor's motions and applications (the "Motions") listed below has been scheduled for **December 12, 2017 at 2:00 p.m.** before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 (the "Bankruptcy Court"):

1. *Debtor's Motion for Entry of Interim and Final Orders, (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Rule 4001 of the Federal Rules of Bankruptcy Procedure Authorizing the Debtor to Borrow Pursuant to a Post-Petition Secured Financing Facility; and (II) Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure Authorizing Debtor's Continued Use of Prepetition Lender's Cash Collateral, and Providing Adequate Protection Thereof* [ECF Docket No.: 67];

2. *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Honor Prepetition Obligations to and (II) Continue Pre-Petition Practices with Certain Critical Vendors* [ECF Docket No.: 68]; and

3. *Application of the Debtor Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code to (I) Retain CBIZ MHM, LLC to Provide the Debtor a Chief Restructuring Officer*

*and Certain Additional Personnel and Related Services; and (II) Designate Jeffrey T. Varsalone as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to the Petition Date* [ECF Docket No.: 39].

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motions and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Clerk of the Bankruptcy Court on or before **December 8, 2017 at 4:00 p.m. (Eastern Time)** and must be served so that they are received on or before such date by: (i) counsel to the Debtor, Attn: Fred Stevens, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203; (ii) counsel to any Creditors' Committee, (iii) counsel to Signature Bank, Attn: John E. Westerman, Esq. and Mickee M. Hennessy, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556; (iv) the Office of the United States Trustee for the Southern District of New York, Attn: Richard Morrissey, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014; and (v) counsel to Liberty Mutual Insurance Company, Chiesa Shahinian & Giantomasi, P.C., 1 Boland Drive, West Orange, NJ 07052 (Attn: Adam Friedman, Esq. and Scott Zuber, Esq.), with a hard copy delivered directly to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that the Motions may be viewed on the Bankruptcy Court's website www.nysb.uscourts.gov for those with a PACER password. The Motions are also available upon request from the undersigned proposed counsel to the Debtor.

*[remainder of page intentionally left blank]*

  **PLEASE TAKE FURTHER NOTICE**, that the Final Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Final Hearing.

Dated: New York, New York
    November 30, 2017

              **KLESTADT WINTERS JURELLER**
              **SOUTHARD & STEVENS, LLP**

           By: */s/ Fred Stevens*
             Fred Stevens
             Tracy L. Klestadt
             Brendan M. Scott
             200 West 41st Street, 17th Floor
             New York, New York 10036-7203
             Tel: (212) 972-3000
             Fax: (212) 972-2245
             Email: fstevens@klestadt.com
                tklestadt@klestadt.com
                bscott@klestadt.com

             *Proposed Attorneys for Debtor and Debtor in Possession*