**KLESTADT WINTERS JURELLER**      **Hearing Date: January 4, 2018**
**SOUTHARD & STEVENS, LLP**      **Hearing Time: 2:00 p.m. (EST)**
200 West 41st Street, 17th Floor
New York, NY 10036-7203      **Objection Deadline: January 3, 2018 @**
Telephone: (212) 972-3000           **12:00 p.m. (EST)**
Facsimile: (212) 972-2245
Tracy L. Klestadt      **Proposed Sale Hearing: January 24, 2018**
Fred Stevens           **@ 2:00 p.m. (EST)**
Brendan M. Scott

*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re      :
     :      Chapter 11
ADVANCED CONTRACTING SOLUTIONS, LLC, :
     :      Case No. 17-13147 (SHL)
     Debtor.      :
----------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION FOR ORDERS PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004 AND 6006: (A)(i) ESTABLISHING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF CERTAIN OF THE ASSETS OF THE DEBTOR, (ii) APPROVING THE FORM AND MANNER OF NOTICES, (iii) APPROVING THE ASSET PURCHASE AGREEMENT SUBJECT TO HIGHER AND BETTER OFFERS AND (iv) SETTING A SALE HEARING DATE; AND (B)(i) APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, (ii) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (iii) GRANTING RELATED RELIEF**

**TO COUNSEL TO SIGNATURE BANK, LIBERTY MUTUAL INSURANCE COMPANY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, TRIDENT GENERAL CONTRACTING LLC, AND ALL THOSE FILING NOTICES OF APPEARANCE AND REQUESTS FOR NOTICE:**

     **PLEASE TAKE NOTICE** that, on December 26, 2017, the above-captioned debtor and debtor-in-possession (the "Debtor") filed its Motion For Orders Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 6006: (A)(i) Establishing Bidding Procedures and Bid Protections in Connection with the Sale of Certain of the Assets of the Debtor, (ii) Approving the Form and Manner of Notices, (iii) Approving the Asset Purchase Agreement Subject to Higher and Better Offers and (iv) Settling a Sale Hearing Date; and (B)(i) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and

Encumbrances, (ii) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (iii) Granting Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing seeking approval of the proposed bidding procedures, bidder protections, form and manner of notices, and requesting that the Court schedule a sale hearing date will be held on January 4, 2018 at 2:00 p.m. (ET) (the "Sale Procedures Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 in Courtroom 701.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion are available upon request to the undersigned proposed attorneys for the Debtor, Attn: Kristen Strine, Paralegal, at kstrine@klestadt.com.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed bidding procedures, bidder protections, form and manner of notices, and the scheduling of a sale hearing date must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) -- registered users of the Bankruptcy Court's case filing system must file electronically and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows' based word-processing format), (d) submitted in hard-copy form directly to the chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, and (e) served upon (i) the proposed attorneys for the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Fred Stevens; (ii) the attorneys for the Purchaser, Berger Singerman LLP, 350 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, Florida 33301 (Attn: Robert W. Barron and Isaac M. Marcushamer), (iii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Richard Morrissey) and (iv) the proposed attorneys for the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020 (Attn: Jeffrey Cohen and Eric S. Chafetz) by 12:00 p.m. on January 3, 2018.

**PLEASE TAKE FURTHER NOTICE** that only those objections filed and served as set forth herein will be considered by the Bankruptcy Court at the Sale Procedures Hearing. If no objections to the proposed bidding procedures, bidder protections, form and manner of notices, and the scheduling of a sale hearing date are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order approving the proposed bidding procedures, bidder protections, form and manner of notices, and scheduling a sale hearing date without further notice.

  **PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at www.nysb.uscourts.gov.

Dated: New York, New York
    December 26, 2017

               **KLESTADT WINTERS JURELLER**
               **SOUTHARD & STEVENS, LLP**

            By: */s/ Fred Stevens*
              Fred Stevens
              Brendan M. Scott
              200 West 41st Street, 17th Floor
              New York, New York 10036-7203
              Tel: (212) 972-3000
              Fax: (212) 972-2245
              Email: fstevens@klestadt.com
                 bscott@klestadt.com

              *Attorneys for Debtor and Debtor in possession*