| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **CERTIFICATE OF SERVICE** |
| In re: | Chapter: 11 |
| ADVANCED CONTRACTING SOLUTIONS, LLC,<br><br>Debtor. | Case No.: 17-13147 (SHL) |

I hereby certify that on January 3, 2018, 11:51 A.M. I served the foregoing:

**Creditors Local 282 Welfare Trust Fund, The Local 282 Pension Trust Fund, The Local 282 Annuity Trust Fund, The Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund's Objection and Reservation of Rights to Debtor's Motion for Orders Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006: (A)(I) Establishing Bidding Procedures and Bid Protections in Connection With The Sale Of Certain Of The Assets Of The Debtor, (Ii) Approving The Form And Manner Of Notices, (iii) Approving The Asset Purchase Agreement Subject To Higher And Better Offers and (Iv) Setting a Sale Hearing Date; and (B)(I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances, (ii) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (iii) Granting Related Relief ("Bidding Motion") (Docket. No. 122)**

by means of the Courts Electronic Case Filing (ECF) System in the matter of Advanced Contracting Solutions, LLC, 17-CV-13147 (SHL) and by Email on January 3, 2018 at 11:59 A.M. to "Fred Stevens, Esq." <fstevens@klestadt.com>, "Morrissey, Richard (USTP)" <richard.morrissey@usdoj.gov>.

                                                          */s/ Christopher A. Smith*_____
                                                          BY: CHRISTOPHER A. SMITH