**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                                                    :

                                             :        Chapter 11

ADVANCED CONTRACTING SOLUTIONS, LLC, :

                                             :        Case No. 17-13147 (SHL)

                 Debtor.                          :

------------------------------------------------------------------x

## ORDER SETTING BOND REQUIREMENTS

Consistent with the instruction of the United States Court of Appeals for the Second Circuit (the "Second Circuit") in an Order issued on February 1, 2018 by the Honorable Rosemary S. Pooler, Circuit Judge, that this Court determine the amount of a bond to be posted by the Petitioners[1] to secure the stay pending appeal that they seek in the matter of *In re Advanced Contracting Solutions, LLC,* Docket No. 18-282 (the "Appeal"), this Court held a hearing on February 1, 2018, and after considering the record and the arguments made by all parties who wished to be heard, this Court determined it would be appropriate and reasonable to require that Petitioners post a bond in the aggregate amount of $19,475,000, and further determined that as a result of public interest concerns raised by Petitioners, the bond amount should be reduced by 50%, resulting in a bond to be posted by Petitioners in the aggregate amount of $9,737,500, and further determined that it would be appropriate and reasonable to require that $3,725,000 of the bond amount be posted on or before February 2, 2018 at 5:00 p.m., and the remaining $6,012,500 of the bond amount be posted on or before February 6, 2018 at 12:00 p.m. Given the circumstances as established in the record, this Court also determined that it would be appropriate and reasonable to require the Petitioners to file notification with the Second Circuit and this Court as to whether

---

[1] Trustees of Cement Workers Funds, Metallic Lathers Local 46, Cement Masons Local 780 and Carpenters Funds.

or not the Petitioners have satisfied each of these bonding requirements as soon as possible;

therefore

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED, EFFECTIVE**

**IMMEDIATELY, AS FOLLOWS:**

1.      The Petitioners shall post a bond to secure the stay pending appeal that they have

sought from the Second Circuit in the aggregate amount of $9,737,500 as follows:

   i.      On or before February 2, 2018 at 5:00 p.m., the Petitioners shall post a

portion of the bond in the amount of not less than $3,725,000; and

   ii.      On or before February 6, 2018 at 12:00 p.m., the Petitioners shall post the

entirety of the remaining portion of the bond amount, which amount shall not be greater than

$6,012,500.

2.      The Petitioners shall file with the Second Circuit and this Court, and serve upon

counsel for all interested parties by E-Mail, separate notices advising whether the Petitioners

satisfied each of the respective bonding requirements set forth above as soon as possible after each

of the applicable deadlines set forth above.

3.      If Petitioners determine in advance of either bonding deadline as set forth above

that they will not comply with such bonding requirement, they shall promptly inform Debtor's

counsel by telephone of such determination.

4.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated:      New York, New York
      February 2, 2018

                                                                    /s/ Sean H. Lane
                                                                    HONORABLE SEAN H. LANE
                                                                    UNITED STATES BANKRUPTCY JUDGE

2