**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Fred Stevens
Brendan M. Scott
Lauren C. Kiss

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11
ADVANCED CONTRACTING SOLUTIONS, LLC,  :
                                                                 :   Case No. 17-13147 (SHL)
                          Debtor.                         :
-----------------------------------------------------------------x

# NOTICE OF CONSUMMATION OF SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR ADVANCED CONTRACTING SOLUTIONS, LLC, TO TRIDENT GENERAL CONTRACTING, LLC, PURSUANT TO ASSET PURCHASE AGREEMENT DATED DECEMBER 19, 2017, AND ORDER OF THE BANKRUPTCY COURT DATED JANUARY 31, 2018

**TO ALL PARTIES IN INTEREST IN THE CASE:**

**PLEASE TAKE NOTICE** that following trial, on January 31, 2018, the Bankruptcy Court entered an Order, dated January 31, 2018 [Docket No. 231] (the "Sale Order"), authorizing Advanced Contracting Solutions, LLC ("ACS"), the above-captioned debtor and debtor in possession, to sell substantially all of its assets to Trident General Contracting, LLC (the "Purchaser"), free and clear of all liens claims and encumbrances, pursuant to the terms of that certain asset purchase agreement, dated December 19, 2017, by and between ACS and Purchaser (the "Sale Transaction").

**PLEASE TAKE FURTHER NOTICE**, that the United States Court of Appeals for the Second Circuit entered an order in the matter captioned *Metallic Lathers and Reinforcing Ironworkers Local 46, et al., Petitioners, v. Advanced Contracting Solutions, LLC*, Case No. 18-282, at approximately 4:28 p.m. (EST) on February 2, 2018, vacating a previously issued stay of the Sale Order.

**PLEASE TAKE FURTHER NOTICE**, that effective 4:35 p.m. (EST) on February 2, 2018, ACS and the Purchaser closed on the Sale Transaction.

Dated: New York, New York
February 2, 2018

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Tracy L. Klestadt
Fred Stevens
Brendan M. Scott
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
fstevens@klestadt.com
bscott@klestadt.com
lkiss@klestadt.com

*Attorneys for Debtor and Debtor in possession*